ACCEPTED
15-25-00039-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/11/2025 4:43 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00039-CV

IN THE FIFTEENTH DISTRICT COURT OF APPEALS FOR THE STATE OF TEXAS AT
AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/11/2025 4:43:52 PM
CHRISTOPHER A. PRINE
Clerk

**In re The State of Texas,**
*Relator*

On Petition for Writ of Mandamus
From the 95th District Court at Dallas County, Texas,
Cause No. DC-25-01823
The Honorable Judge Monica Purdy, Presiding

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND

Jervonne D. Newsome (Lead Counsel)
Texas Bar No. 24094869
jnewsome@winston.com
Thanh D. Nguyen
Texas Bar No. 24126931
tdnguyen@winston.com
Jonathan Hung
Texas Bar No. 24143033
johung@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl St., 9th Floor
Dallas, TX 75201
Telephone: (214) 453-6500

William M. Logan
Texas Bar No. 24106214
wlogan@winston.com
Evan D. Lewis
Texas Bar No. 24116670
edlewis@winston.com
Olivia A. Wogon
Texas Bar No. 24137299
owogon@winston.com
**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600

The Nonparty Patients seek to extend their deadline to file a response by 14 days. *See* Tex. R. App. P. 10.5(b). The Nonparty Patients' response brief is currently due on April 18, 2025. This extension, if granted, would extend the deadline to May 2, 2025. This is the first extension sought. Relator does not oppose this request.

This extension is not sought for delay, but rather to afford the Nonparty Patients' counsel adequate time to research, write, and file a brief that will be helpful to the Court. This mandamus action arises out of multiple active litigations in Collin County, Dallas County, and this Court. *See, e.g.*, Nos. 493-07676-2024, 493-08026-2024 (493rd Jud. Dist. Ct. of Collin County); Nos. DC-25-01823, DC-25-02658 (95th Jud. Dist. Ct. of Dallas County); Nos. 15-25-00023-CV, 15-25-00031-CV 15-25-00032-CV (Tex. App.—Austin [15th Dist.]). Counsel for the Nonparty Patients has filed and responded to various motions in all three of these courts and has participated in numerous in-person hearings. Considering the significant time and resources needed to address these issues, and the importance of this mandamus petition, counsel for the Nonparty Patients is unlikely to have adequate time to devote to its response brief by the current deadline of April 18, 2025. A 14-day extension will allow the Nonparty Patients to prepare a brief that better clarifies the issues before this Court.

Relator does not oppose this extension request.

**PRAYER**

For these reasons, the Nonparty Patients respectfully request that this Court grant a 14-day extension of time to file a response, creating a new deadline of May 2, 2025.

April 11, 2025

Respectfully Submitted,

*/s/ Thanh D. Nguyen*

Jervonne D. Newsome (Lead Counsel)
Texas Bar No. 24094869
jnewsome@winston.com
Thanh D. Nguyen
Texas Bar No. 24126931
tdnguyen@winston.com
Jonathan Hung
Texas Bar No. 24143033
johung@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl St., 9th Floor
Dallas, TX 75201
Telephone: (214) 453-6500

William M. Logan
Texas Bar No. 24106214
wlogan@winston.com
Evan D. Lewis
Texas Bar No. 24116670
edlewis@winston.com
Olivia A. Wogon
Texas Bar No. 24137299
owogon@winston.com
**WINSTON & STRAWN LLP**
800 Capitol Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600

3

**ATTORNEYS FOR NONPARTY PATIENTS**

**CERTIFICATE OF SERVICE**

I certify that the foregoing was served upon all interested parties on April 11, 2025 pursuant to Tex. R. App. P. 9.5(b)(2).

*/s/ Thanh D. Nguyen*

Thanh D. Nguyen

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Randi Marks on behalf of Thanh Nguyen
Bar No. 24126931
rmarks@winston.com
Envelope ID: 99589045
Filing Code Description: Motion
Filing Description: UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND
Status as of 4/11/2025 4:48 PM CST

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| David G. Shatto | | david.shatto@oag.texas.gov | 4/11/2025 4:43:52 PM | SENT |
| Rob Farquharson | | rob.farquharson@oag.texas.gov | 4/11/2025 4:43:52 PM | SENT |
| Abby Smith | | abby.smith@oag.texas.gov | 4/11/2025 4:43:52 PM | SENT |
| Johnathan Stone | | johnathan.stone@oag.texas.gov | 4/11/2025 4:43:52 PM | SENT |

Associated Case Party: Hon. Monica Purdy

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Karin Alonzo | | kalonzo@dallascourts.org | 4/11/2025 4:43:52 PM | SENT |

Associated Case Party: Nonparty Patients Nos. 1-11

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| William Logan | 24106214 | wlogan@winston.com | 4/11/2025 4:43:52 PM | SENT |
| Evan Lewis | 24116670 | edlewis@winston.com | 4/11/2025 4:43:52 PM | SENT |
| Jervonne Newsome | 24094869 | jnewsome@winston.com | 4/11/2025 4:43:52 PM | SENT |
| Jonathan Hung | 24143033 | johung@winston.com | 4/11/2025 4:43:52 PM | SENT |
| Thanh Nguyen | | tdnguyen@winston.com | 4/11/2025 4:43:52 PM | SENT |
| Olivia Wogon | | owogon@winston.com | 4/11/2025 4:43:52 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Randi Marks on behalf of Thanh Nguyen
Bar No. 24126931
rmarks@winston.com
Envelope ID: 99589045
Filing Code Description: Motion
Filing Description: UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND
Status as of 4/11/2025 4:48 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 4/11/2025 4:43:52 PM | SENT |
| Emily Samuels | | emily.samuels@oag.texas.gov | 4/11/2025 4:43:52 PM | SENT |
| Melinda Pate | | melinda.pate@oag.texas.gov | 4/11/2025 4:43:52 PM | SENT |
| Houston Docketing | | ecf_houston@winston.com | 4/11/2025 4:43:52 PM | SENT |
| David Phillips | | dphillips@winston.com | 4/11/2025 4:43:52 PM | SENT |
| Hollie Albin | | hmalbin@winston.com | 4/11/2025 4:43:52 PM | SENT |
| Sarah McGrath | | smcgrath@winston.com | 4/11/2025 4:43:52 PM | SENT |

Associated Case Party: UT Southwetern Medical Center ("UTSW")

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Martin Cohick | 24134042 | martin.cohick@oag.texas.gov | 4/11/2025 4:43:52 PM | SENT |
| Patrick Todd | | patrick.todd@oag.texas.gov | 4/11/2025 4:43:52 PM | SENT |